319

(No. 6338– )

Lewis V. Morgan, Jr., Claimant, *vs.* State of Illinois, Fair Employment Practices Commission, Respondent.

*Opinion filed January 11, 1972.*

Lewis V. Morgan, Jr., Claimant, pro se.

William J. Scott, Attorney General; Saul R. Wexler, Assistant Attorney General, for Respondent.

Perlin, C.J.

(No. 6339– )

Dolmar Pharmacy, Claimant, *vs.* State of Illinois, Department of Mental Health, Respondent.

*Opinion filed January 11, 1972.*

Dolmar Pharmacy, Claimant, pro se.

William J. Scott, Attorney General; Saul R. Wexler, Assistant Attorney General, for Respondent.

Perlin, C.J.